**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Supreme Court**

The State, Respondent,

v.

Tyrel R. Collins, Petitioner.

Appellate Case No. 2016-000877

---

**ON WRIT OF CERTIORARI TO THE COURT OF APPEALS**

---

Appeal from Charleston County
Roger M. Young, Sr., Circuit Court Judge

---

Memorandum Opinion No. 2017-MO-014
Heard May 2, 2017 – Filed July 19, 2017

---

**DISMISSED AS IMPROVIDENTLY GRANTED**

---

Appellate Defender Susan B. Hackett, of South Carolina Commission on Indigent Defense, of Columbia, for Petitioner.

Attorney General Alan Wilson, Chief Deputy Attorney General J. Robert Bolchoz, Senior Assistant Deputy Attorney General Donald J. Zelenka, and Senior

Assistant Attorney General Melody J. Brown, all of Columbia; and Solicitor Scarlett A. Wilson, of Charleston, for Respondent.

––––––––––

**PER CURIAM:**  We issued a writ of certiorari to review the court of appeals' decision in *State v. Collins*, Op. No. 2016-UP-034 (S.C. Ct. App. filed Jan. 20, 2016).  We now dismiss the writ as improvidently granted.

**DISMISSED AS IMPROVIDENTLY GRANTED.**

**BEATTY, C.J., KITTREDGE, HEARN, FEW, and JAMES, JJ., concur.**